# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 20, 2025
Lyle W. Cayce
Clerk

No. 24-70006

BRIAN EDWARD DAVIS,

        *Petitioner—Appellant*,

versus

ERIC GUERRERO, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

        *Respondent—Appellee.*

_____

Application for a certificate of appealability
from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-1867

_____

UNPUBLISHED ORDER

Before HIGGINBOTHAM, JONES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Appellant's opposed motion for a certificate of appealability is DENIED for essentially the reasons well-stated by Judge Sim Lake.